IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>                  Plaintiff,<br><br>vs.<br><br>A & M DEVELOPMENT, LLC,<br>HANS J. ALBERT,<br>VIRGINIA FAITH ALBERT,<br>LEONARD DE LOS PRADOS,<br>CAROL DE LOS PRADOS, and<br>COMPANIA INVERSORA CORPORATIVA S.A. De C.V.,<br><br>                  Defendants. | Case No. 1:11-cv-00336-BLW<br><br>**ORDER** |

     Based on the parties' Stipulated Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 53), and good cause appearing, it is hereby ORDERED that the above case is dismissed, with prejudice, with each party bearing its own fees and costs. The Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED: August 27, 2012

B. Lynn Winmill
Chief Judge
United States District Court