**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>A & M DEVELOPMENT, LLC,<br>HANS J. ALBERT,<br>VIRGINIA FAITH ALBERT,<br>LEONARD DE LOS PRADOS,<br>CAROL DE LOS PRADOS, and<br>COMPANIA INVERSORA CORPORATIVA S.A. De C.V.,<br><br>　　　　　　　　　Defendants. | Case No. 1:11-cv-00336-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each side to bear its own fees and costs.

DATED: August 27, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court